## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| PREMIER PET PRODUCTS, LLC, | Civil No. 10-0310 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| J.W. PET COMPANY, INC., | |
| Defendant. | |

---

Christopher Sorenson and Elizabeth Zidones, **MERCHANT & GOULD PC**, 80 South Eighth Street, Suite 3200, Minneapolis, MN 55402, for plaintiff.

This matter is before the Court on the Dismissal without Prejudice filed by the plaintiff on May 27, 2010 [Docket No. 2].

**IT IS HEREBY ORDERED** that the parties, having resolved the claims via settlement, this action shall be and is hereby dismissed without prejudice, with each Party to bear its own costs, expenses and attorney's fees.

**IT IS SO ORDERED**:


Dated: June 3, 2010
at Minneapolis, Minnesota         s/ John R. Tunheim
                                  JOHN R. TUNHEIM
                              United States District Judge